UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MELVIN HALE, Ph.D.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NEVADA SYSTEM OF HIGHER EDUCATION,<br><br>　　　　Defendants. | Case No.  2:22-cv-01321-CDS-EJY<br><br>**ORDER** |

　　　　Pending before the Court is Plaintiff's Motion to Rename Defendant (ECF No. 9), which the Court interprets as a Motion to Amend the Caption.  Plaintiff states that he has been in contact with counsel for Defendant who has identified the proper entity to be sued.

　　　　Accordingly, good cause appearing, IT IS HEREBY ORDERED that Plaintiff's Motion to Rename Defendant (ECF No. 9) is GRANTED.

　　　　IT IS FURTHER ORDERED that the caption of this matter is amended and shall reflect that Defendant is properly identified as: State of Nevada ex rel. Board of Regents for the Nevada System of Higher Education on behalf of the College of Southern Nevada, a State of Nevada entity.

　　　　DATED this 26th day of August, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE