UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MELVIN HALE, Ph.D.<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF REGENTS FOR THE NEVADA SYSTEM OF HIGHER EDUCATION on behalf of the COLLEGE OF SOUTHERN NEVADA,<br><br>Defendants. | Case No.  2:22-cv-01321-CDS-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion for Clarification.  ECF No. 15.  Plaintiff's Motion seeks to understand why the Court required him to establish an exhaustion of administrative remedies by either alleging the filing of a Charge of Discrimination and receipt of a Right to Sue letter or attaching the same to an amended complaint.  In Plaintiff's Amended Complaint (ECF No. 6) Plaintiff provides the necessary information and documentation allowing his case to proceed in federal court.  Further, Defendant answered Plaintiff's Amended Complaint on September 23, 2022.  ECF No. 16.

Accordingly, IT IS HEREBY ORDERED that the Motion for Clarification (ECF No. 15) is DENIED as moot.

IT IS FURTHER ORDERED that the parties must meet and confer regarding a discovery plan and scheduling order within thirty days of the date on which Defendant answered Plaintiff's Amended Complaint and submit a stipulated discovery plan and scheduling order within fourteen days after such meeting.  *See* Local Rule 26-1.

DATED this 26th day of September, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE