Kristen T. Gallagher (NSBN 9561)
Daniel I. Aquino (NSBN 12682)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
kgallagher@mcdonaldcarano.com
daquino@mcdonaldcarano.com

*Attorneys for Defendant College of Southern Nevada*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MELVIN HALE, Ph.D.,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA ex rel. BOARD OF REGENTS FOR THE NEVADA SYSTEM OF HIGHER EDUCATION ON BEHALF OF THE COLLEGE OF SOUTHERN NEVADA, a State of Nevada entity,<br><br>    Defendant. | Case No: 2:22-cv-01321-CDS-EJY<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND DEADLINE TO FILE DISPOSITIVE MOTIONS**<br><br>**(First Request)** |

Defendant State of Nevada ex rel. Board of Regents for the Nevada System of Higher Education on behalf of the College of Southern Nevada, by and through its counsel, and Plaintiff Melvin Hale, Ph.D., hereby stipulate, agree, and jointly request that the dispositive motion deadline be extended by 14 days from the current deadline of June 21, 2023 to July 5, 2023. ECF No. 20.

This is the parties' first request to extend the dispositive motion deadline.

Good cause exists for this extension due to a medical condition of defense counsel requiring emergency medical treatment earlier this week, from which counsel is still recovering.

**[REMAINDER OF PAGE INTENTIONALLY OMITTED]**

This stipulation is entered into in good faith and not for the purposes of delay, and is not intended to waive any substantive or procedural right of the parties.

DATED this 16th day of June, 2023.

McDONALD CARANO LLP

By: */s/ Daniel I. Aquino*
   Kristen T. Gallagher (NSBN 9561)
   Daniel I. Aquino (NSBN 12682)
   2300 West Sahara Avenue, Suite 1200
   Las Vegas, Nevada 89102

   *Attorneys for Defendant*
   *College of Southern Nevada*

By: */s/ Melvin Hale*
   Melvin Hale, Ph.D.
   9030 W. Sahara Avenue
   #265
   Las Vegas, NV 89117

   *Plaintiff*

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: June 16, 2023