AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Melvin Hale

        Plaintiff,

v.

State of Nevada ex rel. Board of Regents for the Nevada System of Higher Education

        Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:22-cv-01321-CDS-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment entered in favor of Defendant CSN and against Plaintiff Melvin Hale. Case closed.

7/17/2024
Date

DEBRA K. KEMPI
Clerk

/s/ C. Torres
Deputy Clerk